1

KEKER & VAN NEST LLP
JOHN W. KEKER - #49092
JKeker@kvn.com
SUSAN J. HARRIMAN - #111703
SHarriman@kvn.com
ELLIOT R. PETERS - #158708
EPeters@kvn.com
R. JAMES SLAUGHTER - #192813
Rslaughter@kvn.com
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

E-FILED 08/03/09
JS-6

term #763/link #764

Attorneys for Defendant and Counterclaimant
UNIVISION COMMUNICATIONS INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TELEVISA, S.A. de C.V. and GRUPO TELEVISA, S,A.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNIVISION COMMUNICATIONS INC.,<br><br>　　　　　Defendant.<br><br>UNIVISION COMMUNICATIONS INC. and TELEFUTURA NETWORK,<br><br>　　　　　Counterclaimants,<br><br>　　v.<br><br>TELEVISA, S.A. de C.V. and GRUPO TELEVISA, S,A.,<br><br>　　　　　Counterdefendants. | Case No. CV 05-3444 PSG (MANx)<br><br>**CORRECTED [PROPOSED] JUDGMENT**<br><br>Dept:　　Roybal — 790<br>Judge:　Hon. Philip S. Gutierrez<br><br>Trial Date:　　　June 9, 2009 |

445822.01

CORRECTED [PROPOSED] JUDGMENT
CASE NO. CV 05-3444 PSG (MANx)

1

2    This matter came on for trial to the Court on June 9, 2009. Pursuant to
3 Federal Rule of Civil Procedure 58, IT IS HEREBY ORDERED, ADJUDGED,
4 AND DECREED that:
5    1.    Judgment is entered in favor of counterclaimant Univision
6 Communications Inc. ("Univision") against Televisa S.A. de C.V. and Grupo
7 Televisa S.A. (collectively "Televisa") on Univision's Tenth Claim for Relief in its
8 Second Amended Counterclaims, as follows: Under the 2001 Program License
9 Agreement ("PLA") between Univision and Televisa, Televisa is prohibited from
10 making Programs, as that term is defined in the PLA, available to viewers in the
11 United States via the Internet.
12    2.    As the prevailing party, Univision is entitled to its costs relating to the
13 Internet trial. Costs are taxed in the amount of $ _____.
14
15 Dated: August 3, 2009
16
17                             By: _____
                                   Honorable Philip S. Gutierrez
18                                 United States District Judge
19
20
21
22
23
24
25
26
27